IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN G. KIMBRELL,

        Plaintiff ,

vs.                                                  CIVIL NO.  12-1184 WDS/LFG

CHAVES COUNTY CLERK, CHAVES
COUNTY COMMISSION, JAMES
COON, Chavez County Sheriff, FNU
TUCKER, Deputy Sheriff, and FNU
CLARK, Deputy Sheriff,

        Defendants.

## ORDER DENYING MOTION FOR HEARING OR DECISION

THIS MATTER is before the Court on *pro se* Plaintiff John G. Kimbrell's ("Kimbrell") Amended Motion for Hearing or Decision for/of Default Judgement [sic] [Doc. 28].  No response is necessary.

Kimbrell seeks a hearing on his Motion for Default Judgment [Doc. 13].  However, by companion ruling, the Court denied Kimbrell's Motion for Default Judgment.  Thus, his request for a hearing or decision on the motion is denied as moot.

IT IS SO ORDERED.

                                                              _____
                                                               W. Daniel Schneider
                                                               United States Magistrate Judge